UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Byron M Newton, Sr.  
    Annette S Newton  
        Debtor(s)

Case No. 13 B 08876

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/06/2013.

2) The plan was confirmed on 06/19/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/23/2014.

5) The case was Dismissed on 05/06/2015.

6) Number of months from filing to last payment: 25.

7) Number of months case was pending: 29.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $13,227.76 |
| Less amount refunded to debtor | $289.23 |

**NET RECEIPTS:** $12,938.53

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,465.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $526.33 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,991.33

Attorney fees paid and disclosed by debtor:   $400.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Aarons Sales And Lease Ownership | Unsecured | 375.00 | NA | NA | 0.00 | 0.00 |
| Aarons Sales And Lease Ownership | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 3,142.00 | 3,142.21 | 3,142.21 | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 1,887.00 | 1,887.48 | 1,887.48 | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 493.00 | 493.45 | 493.45 | 0.00 | 0.00 |
| Bank of America | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 9,745.00 | 9,744.67 | 9,744.67 | 0.00 | 0.00 |
| Bottom Dollar Payday Loan | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Brown Mackie College | Unsecured | 7,200.00 | NA | NA | 0.00 | 0.00 |
| Cba Collection Bureau | Unsecured | 518.00 | NA | NA | 0.00 | 0.00 |
| CCSI | Unsecured | 215.00 | 316.00 | 316.00 | 0.00 | 0.00 |
| Chase Bank | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 574.00 | 740.96 | 740.96 | 0.00 | 0.00 |
| City of Evergreen Park | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 2,057.00 | 2,056.67 | 2,056.67 | 0.00 | 0.00 |
| Credit Acceptance Corp | Secured | 12,269.27 | 12,269.27 | 12,269.27 | 7,450.44 | 984.42 |
| Credit Management Lp | Unsecured | 461.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Lp | Unsecured | 279.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Asso | Unsecured | 620.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Co L | Unsecured | 1,762.00 | NA | NA | 0.00 | 0.00 |
| Escallate Llc | Unsecured | 289.00 | NA | NA | 0.00 | 0.00 |
| Fair Collections & Ou | Unsecured | 2,655.00 | NA | NA | 0.00 | 0.00 |
| Great Plains Lending | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Guaranty Bank | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Heritage Acceptance Corp | Secured | 6,577.00 | 7,649.36 | 7,649.36 | 0.00 | 0.00 |
| I.C. System Inc. | Unsecured | 1,761.00 | NA | NA | 0.00 | 0.00 |
| Illinois Department Of Healthcare And Fa | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Department Of Healthcare And Fa | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | 51,588.00 | 51,438.76 | 51,438.76 | 0.00 | 0.00 |
| Kahuna Payment Solutions | Unsecured | NA | 2,524.00 | 2,524.00 | 0.00 | 0.00 |
| Kahuna Payment Solutions | Secured | 500.00 | 3,024.00 | 500.00 | 500.00 | 12.34 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MCSI | Unsecured | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| Midland Funding | Unsecured | 407.00 | NA | NA | 0.00 | 0.00 |
| Miramedrg | Unsecured | 343.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Ncofin/980 | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 100.00 | 884.05 | 884.05 | 0.00 | 0.00 |
| PLS Loan Store | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PYOD | Unsecured | NA | 914.66 | 914.66 | 0.00 | 0.00 |
| PYOD | Unsecured | 0.00 | 557.13 | 557.13 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 500.00 | 639.35 | 639.35 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 1,500.00 | 1,500.33 | 1,500.33 | 0.00 | 0.00 |
| Real Time Resolutions Inc | Unsecured | 0.00 | 2,437.00 | 2,437.00 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 200.00 | 397.11 | 397.11 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 0.00 | 76.16 | 76.16 | 0.00 | 0.00 |
| SWB Funding | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| The Cash Line | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 1,995.00 | 2,027.81 | 2,027.81 | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 8,477.00 | 567.21 | 567.21 | 0.00 | 0.00 |
| US Celluar | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Village Of Matteson | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Village of Sauk Village | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $19,918.63 | $7,450.44 | $984.42 |
| All Other Secured | $500.00 | $500.00 | $12.34 |
| **TOTAL SECURED:** | **$20,418.63** | **$7,950.44** | **$996.76** |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$82,595.01** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,991.33 |
| Disbursements to Creditors | $8,947.20 |
| **TOTAL DISBURSEMENTS** : | **$12,938.53** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/10/2015                By: /s/ Marilyn O. Marshall
                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**